UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr- 203 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR DANIEL ROBERT WARDLAW |
| vs. | |
| DANIEL ROBERT WARDLAW, | (ID#) 02836924 |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DANIEL ROBERT WARDLAW** before the United States District Court at Las Vegas, Nevada, on or about I/A & AP Thurs 6-19-14 3:00 PM  GWF  3A  ~~the hour of 3:00 p.m.~~ for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 11, 2014

_____
UNITED STATES MAGISTRATE JUDGE

```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ALLISON L. HERR
3  Special Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada  89101
   702-388-6336
5
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-cr- 203 |
| ) | |
| Plaintiff, ) | PETITION FOR WRIT OF HABEUS |
| ) | CORPUS AD PROSEDUENDUM FOR |
| vs. ) | DANIEL ROBERT WARDLAW |
| ) | (ID#) 02836924 |
| ) | |
| DANIEL ROBERT WARDLAW, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DANIEL ROBERT WARDLAW**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **DANIEL ROBERT WARDLAW** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **DANIEL ROBERT WARDLAW** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on [I/A & AP Thurs 6-19-14 3:00 PM GWF 3A], at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **DANIEL ROBERT WARDLAW** before the United States District Court on or about _ [I/A & AP Thurs 6-19-14 3:00 PM GWF 3A] r of 3:00 p.m., for arraignment and

1  from time to time and day to day thereafter until excused by the Court has been ordered by the
2  United States Magistrate or District Judge for the District of Nevada.
3  　　　　WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6  them to produce the said **DANIEL ROBERT WARDLAW** before the United States District
7  Court on or about ~~I/A & AP Thurs 6-19-14 3:00 PM GWF 3A~~ hour of 3:00 p.m., for arraignment and from time to
8  time and day to day thereafter, at such times and places as may be ordered and directed by the
9  Court entitled above, to appear before the Court, and when excused by the said Court, to be
10 returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.
11 　　　　DATED this 11th day of June, 2014.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　_/s/ Allison L. Herr_
　　　　　　　　　　　　　　　　　　　ALLISON L. HERR
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney