**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL ROBERT WARDLAW,<br><br>        Defendant. | Case No. 2:14-cr-203-LDG-CWH<br><br>**ORDER** |

The ends of justice served by granting said continuance outweighs the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, § 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, December 20, 2016 at the hour of 2:00 p.m., be vacated and continued to Mon., January 23, 2017 at the hour of 11 : 00  a .m.

DATED this 14 day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

3