**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-203-LDG-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| DANIEL ROBERT WARDLAW, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3) based upon the plea of guilty by defendant Daniel Robert Wardlaw to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant Daniel Robert Wardlaw pled guilty. Superseding Criminal Information, ECF No. 76; Plea Agreement, ECF No. 61; Change of Plea, ECF No. 78; Amended Preliminary Order of Forfeiture, ECF No. 80.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 20, 2016, through September 18, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 68.

///

1  This Court finds no petition was filed herein by or on behalf of any person or entity and
2  the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the property named herein and
4  the time for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
6  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
7  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
8  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3); and Title
9  21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Samsung cell phone, SN R21D89DALPL;
2. White Apple iPod Touch, 5th Generation, SN CCQL72J9F4K1;
3. Nokia cell phone IMEI #359333041581168;
4. PNY 8GB USB,
5. Polaroid i1036 digital camera with 4 GB media card;
6. Sony DCR-SX85 digital camera, SN 1422103;
7. Purple notebook; and
8. Compaq PC tower, SN 4CE92705QD

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///
///
///

2

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 | of this Order to all counsel of record.
3 | DATED this 9 day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE